IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LEAMON THOMAS                                                                                                       PLAINTIFF

v.                                                        CASE No.: 08-2138

LT. CUPP;
GUARD D. WATERDOWN;
and
JAIL NURSE                                                                                                         DEFENDANTS

**O R D E R**

On October 5, 2009, this Court entered an Order directing service upon Defendants Cupp and Waterdown. (Doc. 19) These Defendants were also directed, at the time of their Answer, to provide the name of the nurse(s) at the Crawford County Detention Center during the time of Plaintiff's incarceration at the Crawford County Detention Center. On November 9, 2009, Defendants answered the Plaintiff's Complaint (Doc. 22), but did not provide the names of the nurse(s) as requested by the Court.

Accordingly, the Court **REDIRECTS** Defendants Cupp and Waterdown to provide the name of the nurse(s) at the Crawford County Detention Center during the time of Plaintiff's incarceration at the Crawford County Detention Center. **Defendants have until and including December 4, 2009 to provide the Court with this information.**

IT IS SO ORDERED this 17th day of November 2009.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE